# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,<br><br>　　　　　Defendants. | No. LA 25CV06691-JAK (PVCx)<br><br>**ORDER RE DEFENDANT BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY'S REQUEST TO APPEAR REMOTELY AT HEARING ON MOTION TO DISMISS (DKT. 17)** |

1

Based on a review of Defendant Board of Trustees of the California State University's ("Defendant") Request to Appear Remotely at Hearing on Motion to Dismiss (the "Request" (Dkt. 17)), sufficient good cause has been shown for the requested relief. Therefore, the Request is **GRANTED**, as follows:

Defendant's counsel may appear remotely for the motion hearing scheduled for October 20, 2025 at 8:30 a.m., with the final time to be set when the final calendar for that date issues. Counsel is directed to the Court's webpage for Zoom webinar information: https://apps.cacd.uscourts.gov/Jps/honorable-john-kronstadt.

**IT IS SO ORDERED.**

Dated:  October 8, 2025

_____

John A. Kronstadt

United States District Judge