UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-06691-JAK (PVCx) | Date | October 20, 2025 |
|---|---|---|---|
| Title | John Doe v. The Board of Trustees of the California State University | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Daniel Torrez | Miriam Veliz-Baird (Remote) |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jenna Parker | Ryan McGinley-Stempel (Video) |
| Mark Hathaway | |

**Proceedings:** **DEFENDANT CALIFORNIA STATE UNIVERSITY'S MOTION TO DISMISS (DKT. 14)**

The hearing on Defendant California State University's Motion to Dismiss (the "Motion" (Dkt. 14)) is held in person and via Zoom Webinar. Plaintiff's counsel and the Court appear in person. Defendant's counsel appears via Zoom Webinar. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative views that it is inclined to grant the Motion. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a written ruling will be issued.

**IT IS SO ORDERED.**

|  | : | 30 |
|---|---|---|
| Initials of Preparer | DT | |