ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
YUSOF NAZARI (SBN 348457)
ynazari@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile:  (415) 848-7230

Attorneys for Defendant
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; and DOES 1 to 20 inclusive,<br><br>    Defendants, | Case No. 2:25-cv-06691-JAK-PVC<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed: July 22, 2025<br>Action Stayed:   December 30, 2025 |

RENNE PUBLIC LAW GROUP
Attorneys at Law

-i-

Plaintiff John Doe ("Doe") and Defendant The Board of Trustees of the California State University ("CSU") (collectively, the "Parties") respectfully submit this Joint Status Report regarding the ongoing state proceedings (Los Angeles Superior Court Case No. 24STCP03862) pursuant to this Court's December 30, 2025, Order.

On April 28, 2026, the state action was reassigned from the Honorable James C. Chalfant (who is retiring at the end of May) to the Honorable Tiana J. Murillo.  On May 5, 2026, CSU filed an *ex parte* application to Augment the Administrative Record lodged by Petitioner Doe to include Executive Order 1098 ("EO 1098"), a procedural document which details the student conduct process at CSU.  On May 6, 2026, the Court granted CSU's application, requesting it file a brief regarding EO 1098's significance to the action by June 26.  Petitioner Doe is to file their response to the brief by July 27, 2026. Additionally, the Superior Court continued the hearing on Doe's petition for writ of mandate (originally scheduled for May 7, 2026) to September 10, 2026, at 9:30 a.m.

The Parties will promptly notify the Court of any further developments within 90 days, fourteen (14) days of any further material development in the state case, or at such other time as the Court may direct.

RENNE PUBLIC LAW GROUP
Attorneys at Law

-1-

JOINT STATUS REPORT - Case No. 2:25-cv-06691-JAK-PVC

Dated: May 26, 2026                          HATHAWAY PARKER


                                             By: /s/ Jenna E. Parker
                                                   JENNA E. PARKER

                                             Attorneys for Plaintiff
                                             JOHN DOE



Dated: May 26, 2026                          RENNE PUBLIC LAW GROUP


                                             By: /s/ Ryan P. McGinley-Stempel
                                                   RYAN P. MCGINLEY-STEMPEL

                                             Attorneys for Defendant
                                             BOARD OF TRUSTEES OF THE
                                             CALIFORNIA STATE UNIVERSITY


*Pursuant to Local Rule 5-4.3.4, all other signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.


                        /s/ Ryan P. McGinley-Stempel
                        RYAN P. MCGINLEY-STEMPEL

RENNE PUBLIC LAW GROUP
Attorneys at Law

-2-

JOINT STATUS REPORT - Case No. 2:25-cv-06691-JAK-PVC

## CERTIFICATE OF SERVICE

I, the undersigned, am Employed By RENNE PUBLIC LAW GROUP. My business address is 350 Sansome Street, Suite 300, San Francisco, California 94104. I am over the age of eighteen and not a party to this action.

On May 26, 2026, I electronically filed the foregoing JOINT STATUS REPORT with the Clerk of the Court using the CM/ECF system, and served a copy on all counsel of record via the CM/ECF System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 26, 2026 at San Francisco, California.

By:    */s/ Ryan P. McGinley-Stempel*
Ryan P. McGinley-Stempel

RENNE PUBLIC LAW GROUP
Attorneys at Law

-3-

JOINT STATUS REPORT - Case No. 2:25-cv-06691-JAK-PVC