ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
YUSOF NAZARI (SBN 348457)
ynazari@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

Attorneys for Defendant
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOHN DOE,

Plaintiff,

v.

THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; and DOES 1 to 20 inclusive,

Defendants,

Case No. 2:25-cv-06691-JAK-PVC

**JOINT STATUS REPORT**

Complaint Filed: July 22, 2025
Action Stayed: December 30, 2025

Plaintiff John Doe ("Doe") and Defendant The Board of Trustees of the California State University ("CSU") (collectively, the "Parties") respectfully submit this Joint Status Report pursuant to this Court's December 30, 2025, Order. The circumstances that gave rise to the stay in the present action remain unchanged as of this filing. Moreover, no material developments in the ongoing state proceedings (Los Angeles Superior Court Case No. 24STCP03862) have occurred.

As discussed in the parties' May 26, 2026, joint status report, the next hearing in the ongoing state proceedings—a hearing on Doe's petition for writ of mandate—will take place on September 10, 2026, at 9:30 a.m. The Parties will promptly notify the Court of any further developments on the earlier of 90 days, within fourteen (14) days of any further material development in the state case, or at such other time as the Court may direct.

Dated: August 24, 2026

RENNE PUBLIC LAW GROUP

By: */s/ Ryan P. McGinley-Stempel*
RYAN P. MCGINLEY-STEMPEL

Attorneys for Defendant
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY

Dated: August 24, 2026

HATHAWAY PARKER

By: */s/ Jenna E. Parker*
JENNA E. PARKER

Attorneys for Plaintiff
JOHN DOE

*Pursuant to Local Rule 5-4.3.4, all other signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

*/s/ Ryan P. McGinley-Stempel*

RYAN P. MCGINLEY-STEMPEL

RENNE PUBLIC LAW GROUP
Attorneys at Law

## CERTIFICATE OF SERVICE

I, the undersigned, am Employed By RENNE PUBLIC LAW GROUP. My business address is 350 Sansome Street, Suite 300, San Francisco, California 94104. I am over the age of eighteen and not a party to this action.

On August 24, 2026, I electronically filed the foregoing JOINT STATUS REPORT with the Clerk of the Court using the CM/ECF system, and served a copy on all counsel of record via the CM/ECF System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 24, 2026, at San Francisco, California.

By: *\/s/ Ashley D. N. Eugene*
Ashley D. N. Eugene

RENNE PUBLIC LAW GROUP
Attorneys at Law