ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
YUSOF NAZARI (SBN 348457)
ynazari@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

Attorneys for Defendant
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOHN DOE,

Plaintiff,

v.

THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; and DOES 1 to 20 inclusive,

Defendants,

Case No. 2:25-cv-06691-JAK-PVC

**JOINT STATUS REPORT**

Complaint Filed: July 22, 2025
Action Stayed: December 30, 2025

RENNE PUBLIC LAW GROUP

Plaintiff John Doe ("Doe") and Defendant The Board of Trustees of the California State University ("CSU") (collectively, the "Parties") respectfully submit this Joint Status Report pursuant to this Court's December 30, 2025, Order, in light of material developments in the ongoing state proceedings (Los Angeles Superior Court Case No. 24STCP03862).

On September 10, 2026, at 9:30 a.m., in the Los Angeles Superior Court, Stanley Mosk Courthouse, department 834, a hearing on Doe's petition for writ of mandate took place before the Hon. Judge Tiana J. Murillo. After the hearing, Judge Murillo adopted her tentative ruling as final, finding that CSU had not abused its discretion in withholding Doe's degree or expelling him and that Doe had not met his burden to show the proceedings were unfair, and denying Doe's petition for administrative mandamus.

Doe may appeal the denial of the writ petition. This Court's December 30, 2025, stay of Plaintiff's claims for damages pursuant to *Younger* abstention should remain in place through the exhaustion of Doe's state appellate remedies. *See Huffman v. Pursue, Ltd.*, 420 U.S. 592, 608 (1975) ("[R]egardless of when the Court of Common Pleas' judgment became final, we believe that a necessary concomitant of Younger is that a party in appellee's posture must exhaust his state appellate remedies before seeking relief in the District Court, unless he can bring himself within one of the exceptions specified in Younger."); *see also World Famous Drinking Emporium, Inc. v. Tempe,* 820 F.2d 1079, 1082 (9th Cir. 1987) ("At the time the district court abstained, World Famous had yet to appeal the adverse judgments in *World Famous II* and *World Famous III* to the state Supreme Court. Failure to exhaust state appellate remedies satisfies the requirement that there be 'ongoing judicial proceedings' in order to justify federal abstention" (citing *Huffman*, 420 U.S. at 608–09)).

No future hearings are currently scheduled in the state proceedings. The Parties will promptly notify the Court of any further developments on the earlier of 90 days, within fourteen (14) days of any further material development in the state case, or at such other time as the Court may direct.

Dated: September 22, 2026

RENNE PUBLIC LAW GROUP

By: */s/ Ryan P. McGinley-Stempel*
RYAN P. MCGINLEY-STEMPEL

Attorneys for Defendant
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY

Dated: September 22, 2026

HATHAWAY PARKER

By: */s/ Jenna E. Parker*
JENNA E. PARKER

Attorneys for Plaintiff
JOHN DOE

*Pursuant to Local Rule 5-4.3.4, all other signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

*/s/ Ryan P. McGinley-Stempel*

RYAN P. MCGINLEY-STEMPEL

# CERTIFICATE OF SERVICE

I, the undersigned, am employed By RENNE PUBLIC LAW GROUP. My business address is 350 Sansome Street, Suite 300, San Francisco, California 94104. I am over the age of eighteen and not a party to this action.

On September 22, 2026, I electronically filed the foregoing JOINT STATUS REPORT with the Clerk of the Court using the CM/ECF system, and served a copy on all counsel of record via the CM/ECF System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 26, 2026, at San Francisco, California.

By: *\/s/ Ryan P. McGinley-Stempel*
Ryan P. McGinley-Stempel

RENNE PUBLIC LAW GROUP